## Case No. 16,353.

### UNITED STATES v. SOPER et al.

[4 Cranch, C. C. 623.] [1]

Circuit Court, District of Columbia. Nov. Term, 1835.

#### INDICTMENT—CONSPIRACY.

The time and place of conspiracy must be alleged in the indictment.

This was an indictment for conspiracy to extort money from one William Hickey, by seizing two of his slaves, and confining them in Maryland, as runaways, so that the defendants [Soper and Webster] might claim the reward allowed by the laws of Maryland for taking up runaway slaves.

After a verdict for the United States, THE COURT, upon motion of the defendants' counsel, arrested the judgment, because there was no time nor place of conspiracy alleged in the indictment.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]